**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-2446**

BENJAMIN JACOB STRATTON,

Plaintiff - Appellant,

v.

COMMONWEALTH OF VIRGINIA, d/b/a Catheryn K. Clemens, Michael L. McGinty,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (4:17-cv-00046-RAJ-RJK)

Submitted: March 13, 2018                    Decided: March 15, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin Jacob Stratton, Appellant Pro Se. Sherry A. Fox, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Jacob Stratton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stratton v. Commonwealth of Va.*, No. 4:17-cv-00046-RAJ-RJK (E.D. Va. Nov. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*